Power Law P.C.
Stacie L. Power, Esq.
1058 Mangrove Ave. Suite C
Chico, CA  95928
Telephone 530-576-5740
Facsimile 888-790-2216

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br>ROSE L. PALMER,<br>Debtor, | Chapter 13<br><br>Bankruptcy No.:  00-27002<br><br>**MOTION TO AVOID LIENS OF BUTTE COUNTY CREDIT BUREAU**<br><br>**Date: August 27, 2019**<br>Time: 10:00 a.m.<br>501 I Street Sixth Floor Ct Room 34<br>Hon. Judge Bardwill<br>DC No. SLP-1 |

  The Debtor, ROSE PALMER, by and through her attorney of record, Stacie L. Power, hereby move this Court for an Order Avoiding Judicial Liens of BUTTE COUNTY CREDIT BUREAU pursuant to 11 U.S.C. § 522(f) and Federal Rules of Bankruptcy Procedure 4003(d) and 9014. In support of this Motion, the Debtor(s) states the following;

  1. This case was commenced with the filing of a petition under Chapter 13 on June 16, 2000.  L.J. Loheit was duly appointed to serve as the Trustee in this case.

2.      The Chapter 13 Plan was confirmed on August 31, 2000 and concluded on March 30, 2005. The Final and Report and Account was filed on June 7, 2005.

3.      This Motion is brought pursuant to 11 U.S.C. § 522(f)(1)(A). This Court has jurisdiction in this matter pursuant to 28 U.S.C. § 1334(a). This matter is a core proceeding as provided by 28 U.S.C. § 157(b)(2)(K).

4.      As shown on Schedule A of the filed case (see Exhibit A), the Debtor has an interest in real property commonly known as 471 ¾ East Ave, Chico, CA 95926 (hereinafter, "the Lien Property").

5.      At the time the case was filed, Debtor placed a value of $55,000 on the Lien Property. This asserted value was based upon the opinion of the Debtor. The Declaration of the Debtor in Support of this Motion to Avoid Lien is filed concurrently herewith and is incorporated herein by reference.

6.      As shown in Schedule C of the filed case (Exhibit A), the Debtor has claimed an exemption in the amount of $46,855 on the Lien Property.

7.      As shown in Schedule D (Exhibit A), the Debtor asserts that Butte County Credit Bureau, a corporation, ("Creditor") is the assignee of the debts originally incurred to N.T. Enloe Memorial Hospital, James Umber, MD Inc., Chico Xray Medical Group, Paul K. Forberg, MD, and Pathology Sciences, collectively listed on Schedule F as "NT Enloe Hospital" on line 4 in the amount of $56,650.00.

8.      According to the Butte County Recorder's Office, Creditor has recorded two liens against Debtor for the 1993 Butte County Superior Court Case C32530 Butte County Credit Bureau v. Rose Palmer, et. al and the 1994 Butte County Superior Court Case C33307 Butte County Credit Bureau v. Rose Palmer, et. al.

9. The Debtor further asserts that this lien was recorded as a result of a pre-petition judgment rendered against the Debtor and that the lien does NOT relate to a 'Domestic Support Obligation', as defined under 11 U.S.S. § 101.

10. In addition to Creditor's liens, there was a senior secured property tax lien in favor of the Butte County Tax Collector in the amount of $8,145.00.

11. The Meeting of Creditors on this case, as required under 11 U.S.C. § 341, was concluded on August 3, 2000.

12. In summary;

Gross value of Lien Property…………………………………………..$55,000

Less: Superior Liens (if any)…………………………………………..$8,145

Gross Equity…………………………………………………………..$46,855

Less: Exemption claimed by Debtor………………………………… $46,855

Net Equity after Exemption……………………………………………$0

Less Lien by Creditor as of filing……………………………………..$11,761

Net Impairment on Debtor's Exemption…………………………..-$11,761

13. As is shown above, the judicial lien held by Creditor would impair Debtor's exemption.

14. Title 11 U.S.C. § 522(f)(1)(A) allows the Debtor to avoid a judicial lien if the lien impairs an exemption. Since the extent of the impairment of the exemption exceeds the entire value of Respondent's lien, the entire lien is avoidable

15. Debtor was represented by Attorney Timothy Stock at the time the petition was filed. Debtor assumed that all of the necessary motions had been filed to avoid liens but learned very recently that the liens of Creditor are still active.

WHEREFORE, the Debtor moves the Court for an Order Avoiding any and all Judicial Liens held by Butte County Credit Bureau.

//

//

Respectfully submitted July 17, 2019

                                  Power Law PC

                By:      /s/Stacie L. Power
                            Stacie L. Power, Esq.
                            Attorney for Debtor